UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENDA HICKS,

    Plaintiff,

        v.                                      Case No. 14-cv-439 JPG/DGW

SCHNUCK MARKETS, INC., *et al.*,

    Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc.8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case. The motion to remand (doc.4) is denied as moot.

DATED: July 3, 2014

                                                *s/J. Phil Gilbert*
                                                UNITED STATES DISTRICT JUDGE